JML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 902 -- In re Consolidated Welfare Fund "ERISA" Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/07/26 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 thru A-15) -- Filed by Consolidated Welfare Fund, Consolidated Welfare Fund - Security Division and Trustees Burton Goldstein, Robert Lipton, Edward Rogowsky, William Warner and Anthony G. Gerrato, Sr. -- SUGGESTED TRANSFEREE DISTRICT: **SOUTHERN DISTRICT OF NEW YORK** -- SUGGESTED TRANSFEREE JUDGE: **HON. CHARLES S. HAIGHT, JR.** -- w/**Exhibits A-Q** and cert. of svc. (rh) |
| 91/08/01 | 2 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Filed by plft. U.S. Department of Labor -- Extension of time granted to all parties for responses to and including 8/30/91 -- Notified involved counsel (sg) |
| 91/08/06 | | APPEARANCES -- MICHAEL R. PRUITT, ESQ. for Doyle Purvis, et al.; MARTIN JAEGER, ESQ. for Marshall Mandell, et al.; DAVID H. HANCHEY, ESQ. for Charles E. Rogers; A. MICHAEL WEBER, ESQ. for Consolidated Welfare Fund; Consolidated Welfare Fund - Security Division; Burton Goldstein; Robert Lipton; Edward Rogowsky; William Warner; Anthony G. Gerrato, Sr.; ED SCHARY, PRO SE; STEPHEN M. GANO, ESQ. for Gano, Donovan & Gano, Inc.; TESS J. FERRERA, ESQ. for Lynn Martin, Secretary of Labor; ROBERT A. BICKS, ESQ. for Empire Blue Cross and Blue Shield; ROBERT F. ROARKE, ESQ. for Lopez, Edwards, Frank & Co.; JEFFREY S. ADLER, ESQ. for National Benefits Corp.; SHERYL MULLIKEN FIKE, ESQ. for Ron Kilpatrick Insurance Brokerage, Inc.; MICHAEL J. JUNEAU, ESQ. for Omega Network Systems, Inc. and SCOTT L. LONG, ESQ. for Diversified Health Concepts, Inc. (rh) |
| 91/08/07 | | APPEARANCES -- RICHARD C. YESKOO, ESQ. for Consolidated Local Union 867, AFL-CIO and CHARLES GALLO, PRO SE (rh) |
| 91/08/08 | | APPEARANCE -- PAUL B. THOMPSON, ESQ. for Nicholas Carrara (rh) |
| 91/08/08 | | SUPPLEMENTAL AND CORRECTED CERTIFICATE OF SERVICE (to pldg. #2) -- filed by pltf. Lynn Martin, Secretary of Labor -- **Attached to the Official file Copy pldg. #2** (rh) |

JPML FORM 1A

P.2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 902 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/08/13 | | APPEARANCES -- DAVID E. DURCHFORT, ESQ. for Holiday Carpet & Floor Covering Co., et al. ; A. MICHAEL WEBER, ESQ. for Empire Administrator, Inc., Nicholas Cichelo, American Benefits Corporation, Salvatore Gerrato, III, American Business Consultants, Inc. (sg) |
| 91/08/14 | | APPEARANCE -- IVAN A. RAMOS, ESQ. for Southmark San Juan, Inc. (ds) |
| 91/08/15 | | HEARING ORDER -- setting motion of Consolidated Welfare Fund, Consolidated Welfare Fund Security Division and Trustees for transfer for Panel hearing on September 27, 1991 in Colorado Springs, Colorado -- Notified involved clerks, judges and counsel (ds) |
| 91/08/15 | | APPEARANCE -- PATRICK F. BRODERICK, ESQ. for William S. Loeb and Helen Piasecki (sg) |
| 91/08/16 | 3 | RESPONSE -- (to pldg. #1) Filed by Defts Omega Network System and Nicholas Carrara -- w/cert of svc. (sg) |
| 91/08/19 | | APPEARANCE -- ROBERT J. BISWURM, ESQ. FOR Columbus Cuneo Cabrini Medical Cednter (sg) |
| 91/08/19 | 4 | AMENDED MOTION -- (to pldg. #1) -- To include Additional Action for transfer to the S.D. New York for pretrial proceedings -- Lutheran Medical Center, et al. v. Consolidated Local 867 Welfare Fund, et al., E.D. New York, C.A. No. CV-91-3012 -- William Loeb, et al. v. Thomas Gallagher, et al., N.D. Florida, C.A. No. 90-40228-WS -- Filed by Plfts. Consolidated Welfare Fund -- w/cert. of svc. (sg) |
| 91/08/22 | 5 | RESPONSE/BRIEF (to Pldg. #1) -- pltf. Southmark San Juan, Inc. -- w/certificate of service (received 8/15/91) (cdm) |
| 91/08/26 | 6 | RESPONSE -- (to pldg. #1) Filed by plaintiffs Marshall Mandell and Nancy Mandell -- w/cert. of svc. (sg) |
| 91/08/28 | 7 | RESPONSE -- (to pldg. #1) Filed by defts. Lopez, Edwards, Frank & Co. -- w/cert. of svc. (sg) |



JPML FORM 1A

P.3

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 902 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/08/29 | 8 | RESPONSE -- (to pldg. #1) Filed by defts. Diversified Health Concepts, Inc. -- w/cert. of svc. (sg) |
| 91/08/29 | 9 | RESPONSE -- (to pldg. #1) Filed by Ron Kilpatrick Insurance Brokerage, Inc -- w/cert. of svc. (sg) |
| 91/08/30 | 10 | RESPONSE -- (to pldg. #1) Filed by pltfs. Doyle Purvis, et al. -- w/cert. of svc. (sg) |
| 91/08/30 | 11 | RESPONSE -- (to pldg. #1) Filed by pltfs. Blue Cross and Blue Shield -- w/cert. of svc. (sg) |
| 91/08/30 | 12 | RESPONSE -- (to pldg. #1) Filed by pltf. Lynn Martin, Secretary of Labor -- w/cert of svc. (sg) |
| 91/09/04 | 13 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- filed by movants Consolidated Welfare Fund, Consolidated Welfare Fund - Security Division and Trustees, Burton Goldstein, robert Lipton, Edward Rogowsky, William Warner and Anthony G. Gerrato, Sr. -- **EXTENSION GRANTED TO AND INCLUDING SEPTEMBER 16, 1991 TO MOVANTS** -- Notified involved counsel (ds) |
| 91/09/09 | | APPEARANCE (notice of substitution of counsel) -- STEVEN B. PALMER, ESQ. for Diversified Health Concepts, Inc. (ds) |
| 91/09/12 | 14 | RESPONSE -- filed by pltfs. Gano, Donovan & Gano, Inc. w/cert. of svc. (ds) |
| 91/09/12 | 15 | RESPONSE -- filed by defts. Lopez, Edwards, Frank & Co. w/cert. of svc. (ds) |
| 91/09/16 | 16 | REPLY -- Filed by plfts. Consolidated Welfare Fund, et al., Consolidated Welfare - Security Division, Burton Goldstein, Robert Lipton, Edward Rogowsky, William Warner, Anthony G. Gerrato, Jr. -- w/cert. of svc. (sg) |

JPML FORM 1A

B.4.

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 902 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/09/27 | | HEARING APPEARANCES -- (**For hearing on 9/27/91 in Colorado Springs, Colorado**) A. MICHAEL WEBER, ESQ. for Consolidated Welfare Fund; Consolidated Welfare Fund-Security Division; Burton Goldstein; Anthony G. Gerrato, Sr.; Robert Lipton; Edward Rogowsky and William Warner; TESS J. FERRERA, ESQ. for Lynn Martin, Secretary of the United States Department of Labor; ROBERT F. ROARKE, ESQ. for Lopez, Edwards, Frank & Co. and SHERYL MULLIKEN FIKE, ESQ. for Ron Kilpatrick Insurance Brokerage, Inc. (rh) |
| 91/09/27 | | WAIVERS OF ORAL ARGUMENT -- (**For hearing on 9/27/91 in Colorado Springs, Colorado**) Omega Network Systems, Inc.; Diversified Health Concepts, Inc; Nicholas Carrara; Empire Blue Cross and Blue Shield; William S. Loeb; Helen Piasecki; Charles E. Rogers; Columbus Cuneo Cabrini Medical Center and Gano, Donovan & Gano, Inc. (rh) |
| 91/10/16 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Charles S. Haight, (S.D.N.Y.) (ds) |
| 91/10/16 | | TRANSFER ORDER -- transferring A-1 thru A-12 to the S.D. New York for pretrial proceedings -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |
| 91/11/18 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-17 William Loeb, et asl. v. Thomas Gallaher, et al., N.D. Florida, C.A. No. 90-4028-WS; B-18 Mid-State Abstract, et al. v. IPS Holding Corp., et al., D.New Jersey, C.A. No. 91-CV-4426 and B-19 Lafayette Airport, et al. v. Diversified Health, et al., W.D. Louisiana, C.A. No. 91-CV-2070 -- Notified involved counsel and judges (ds) |
| 91/11/19 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- **B-20** Gail Ackerman v. George M. Long, et al. v. National Benefit Association Consolidated Welfare Fund, et al., S.D. Florida, C.A. No. 91-2302-CIV-KEHOE; B-21 Homer Miller v. Consolidated Local 867 Welfare Fund, et al., M.D. Louisiana, C.A. No. 91-931-B and B-22 Lester Lejeune v. Consolidated Local 867 Welfare Fund, et al., M.D. Louisiana, C.A. No. 91-932-B-M2 -- Notified involved counsel and judges (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 902 -- _____

| Date | Pldg. | Pleading Description |
|---|---|---|
| 91/11/25 | 17 | NOTICE OF OPPOSITION TO CTO -- filed by deft. Thomas Gallagher (B-17 William Loeb, et al. v. Thomas Callagher, N.D. Florida, C.A. No. TCA 90-40228 WS) -- Notified involved counsel and judges. (ds) |
| 91/12/04 | | CONDITIONAL TRANSFER ORDER FINAL TODAY --(B-18) Mid-State Abstract Company, et al. v. IPS Holding Corp., et al., D. New Jersey, C.A. No. 91-CCV-4426, (B-19) Lafayette Airport Commission, et al. v. Diversified Health Concepts, et al., W.D. Louisiana, C.A. No. 91-CV-2070 -- Notified involved judges and clerks (kac) |
| 91/12/04 | 18 | APPLICATION FOR EXTENSION OF TIME TO FILE MOTION/BRIEF TO VACATE CTO -- filed by deft. Thomas Gallagher -- GRANTED AN EXTENSION OF TIME TO AND INCLUDING DECEMBER 20, 1991 FOR FILING OF MOTION TO VACATE CTO (kac) |
| 91/12/05 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- (B-21) Homer Miller v. Consolidated Local 867 Welfare Fund, et al., M.D. Louisiana, C.A. No. 91-931-B; (B-22) Lester Lejeune v. Consolidated Local 867 Welfare Fund, et al., M.D. Louisiana, C.A. No. 91-932-B-M2 -- Notified involved clerks and judges (kac) |
| 91/12/05 | 19 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- filed by pltf. Gail S. Ackermann (B-20) Gail S. Ackerman v. George M. Long, et al v. National Benefit Association Consolidated Welfare Fund, et al., S.D. Florida, C.A. No. 91-2302-Civ-Kehoe -- Notified involved counsel and judges (kac) |
| 91/12/05 | | APPEARANCE -- EDWARD N. WINITZ, ESQ. for George M. Long and Insurance Warehouse, Inc. (kac) |
| 91/12/13 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-23 Lutheran Medical Center, etc. v. Consolidated Local 867 Welfare Fund, et al., E.D. New York, C.A. No. 91-CV-3012 and B-24 Chaim Baruch Wechsler v. Consolidated Welfare Fund, Local 867 Corp., E.D. New York, C.A. No. 91-CV-3168 --Notified involved counsel and judges. (ds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 902 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/12/19 | | HEARING ORDER -- Setting Opposition of deft. **Thomas Gallagher** in B-17 and pltf. **Gail S. Ackerman** in B-20 to transfer for Panel Hearing in Phoenix, Arizona on January 31, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 91/12/20 | 20 | MOTION/BRIEF TO VACATE CTO -- Filed by pltf. Gail S. Ackermann in (B-20) Gail S. Ackermann v. George M. Long, et al v. National Benefit Association Consolidated Welfare Fund, et al., S.D. Florida, C.A. No. 91-2302-Civ-Kehoe -- with Exhibits A & B and cert. of svc. (kac) |
| 91/12/20 | 21 | MOTION AND BRIEF TO VACATE CTO -- Defendant Thomas Gallagher -- (B-17) w/Transcripts 1, 2, and 3 and cert. of svc. (rew) |
| 91/12/23 | | CONDITIONAL TRANSFER ORDERS **FILED** TODAY -- B-25 **Cathy L. Green** v. National Assn. of Professionals and Executives, et al., Cal.,C., C.A. #CV91-5807 KN(Sx); B-26 **Alicia Bell, et al.** v. Consolidated Welfare Fund, et al., Fla.,S., C.A. #91-CV-6946; and B-27 **Sara M. Adams** v. Consolidated Welfare Fund, et al., Tex.,S., C.A. #91-CV-3382 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cdm) |
| 91/12/27 | 22 | REPLY -- (to pldg. #20) filed by defts./third party George M. Long and Insurance Warehouse, Inc. -- with Exhibits A though E and cert of svc. (kac) |
| 91/12/31 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-23 Lutheran Medical Center, etc. v. Consolidated Local 867 Welfare Fund, et al., E.D. New York, C.A. No. 91-CV-3012; B-24 Chaim Baruch Wechsler v. Consolidated Welfare Fund, Local 867 Corp., E.D. New York, C.A. No. 91-CV-3168 -- Notified involved judges and clerks (kac) |
| 92/01/08 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-25 Cathy L. Green v. National Association of Professionals and Executives, et al., C.D. Cal., C.A. No. CV91-5807 KN(Sx); B-26 Alicia Bell, et al. v. Consolidated Welfare Fund, et al., S.D. Florida, C.A. No. 91-CV-6946 and B-27 Sara M. Adams v. Consolidated Welfare Funds, et al., S.D. Texas, C.A. No. 91-CV-3382 -- Notified involved clerks and judges (ds) |
| 92/01/09 | 23 | RESPONSE (to pldg. #20) -- filed by deft. Empire Blue Cross and Blue Shield w/cert. of 862svc. (ds) |

JPML FORM 1A     p. 7

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 902 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/01/16 | 24 | REASSIGNMENT ORDER -- From S.D. New York, signed by Judge Louis J. Freeh, Jr. (dated 10/23/91) (rh) |
| 92/01/16 | | ORDER REASSIGNING LITIGATION -- Reassigned to the Hon. Louis J. Freeh, Jr. in S.D. New York (**was reassigned from Judge C.S. Haight in S.D. N.Y.**) -- Notified involved counsel, judges and clerk (rh) |
| 92/01/17 | 25 | NOTICE OF SCRIVENERS ERRORS IN THE BRIEF IN SUPPORT OF MOTION TO VACATE CRO -- filed by deft. Thomas Gallagher (ds) |
| 92/01/27 | 26 | BRIEF (in response to pldgs. 20 & 21) -- filed by defts. Consolidated Welfare Fund, Consolidated Welfare Fund-Security Division, Burton Goldstein, William Warner, Edward Rogowsky, Anthony G. Gerrato, Sr., Robert Lipton and Nicholas w/exhibit A and cert. of svc. (ds) |
| 92/01/31 | | WAIVERS OF ORAL ARGUMENT -- (**For Hearing on 1/31/92 in Phoenix, AZ**) ALL PARTIES WAIVED (rh) |
| 92/02/06 | 27 | REPLY -- Plaintiff Gail Ackermann w/cert. of svc. (rew) |
| 92/02/06 | | ORDER VACATING CONDITIONAL TRANSFER ORDERS -- B-17 Loeb and B-20 Ackerman -- Notified involved counsel, involved clerks, judges, hearing clerk and Panel Judges. (BAS) |
| 92/02/27 | | CONDITIONAL TRANSER ORDER FILED TODAY -- (B-28) California Business Bureau, Inc. v. Sandra Balli, et al. v. Consolidated Welfare Fund, et al., C.D. California, C.A. No. 92-45 -- Notified involved counsel and judges (kac) |
| 92/03/12 | 28 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. California Business Bureau, Inc. in B-28 California Business Bureau, Inc. v. Sandra Balli, et al. v. Consolidated Welfare Fund, et al., C.D. Cal., #92-45 -- Notified involved counsel and judges (rh) |
| 92/03/20 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-29 Bobby R. Waters v. Consolidated Welfare Fund, M.D. Alabama, C.A. No. 92-T-91-S -- Notified involved judges and counsel (ds) |

JPML FORM 1A       P.8

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 902 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/04/02 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- (B-28) California Business Bureau, Inc. v. Sandra Balli, et al. v. Consolidated Welfare Fund, et al., C.D. California, C.A. No. 92-45 -- Notified involved counsel, clerks and judges (kac) |
| ~~92/04/07~~ | | ~~CONDITIONAL TRANSFER ORDER -- B-29 Bobby R. Waters v. Consolidated Welfare Fund, M.D. Alabama, C.A. No. 92-T-91-S -- Notified involved clerks and judges. (ds)~~ |
| 92/04/07 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-29 Bobby R. Waters v. Consolidated Welfare Fund, M.D. Alabama, C.A. No. 92-T-91-S -- Notified involved clerks and judges. (ds) |
| 92/04/09 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-30 Kostas Theodosopoulos v. Consolidated Local 867 Welfare Fund, E.D. New York, C.A. No. 92-CV-986 -- Notified involved counsel and judges (rh) |
| 92/04/27 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-30 Kostas Theodosopoulos v. Consolidated Local 867 Welfare Fund, E.D.N.Y., C.A. No. 92-CV-986 -- Notified involved clerks and judges. (ds) |
| 92/06/01 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-31) Loma Linda University Medical Center, Inc. v. William J. Simon, et al. v. Southern California Permanente Medical Group, et al., C.D. California, C.A. No. 92-CV-274 -- Notified involved counsel and judges (bas) |
| 92/06/12 | 29 | NOTICE OF OPPOSITION TO CTO -- (re: B-31 Loma Linda University Medical Center, Inc. v. William J. Simon, et al. v. Southern California Permanente Medical Group, et al., C.D. Cal., C.A. No. 92-274) -- filed by defts. William J. Simon & C. Shoshana Simon -- Notified involved counsel and judges (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 902 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/06/12 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-32 Texas Children's Hospital v. Empire Blue Cross and Blue Shield, et al., S.D. Texas, C.A. No. 4:92-CV-1426 -- Notified involved counsel and judges (rh) |
| 92/06/15 | 30 | NOTICE OF OPPOSTION TO CTO -- (re: B-31 Loma Linda University Medical Center, Inc., et al. v. William J. Simon, et al. v. Southern California Permanente Medical Group, et al., C.D. California, C.A. No. 92-CV-274) -- Filed by pltf. Loma Linda University, Inc. - Notified involved counsel and judges. (dld) |
| 92/06/26 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-33 Texas Children's Hospital v. Empire Blue Cross and Blue Shield, et al., S.D. Texas, C.A. No. 4:92-CV-1546 -- Notified involved counsel and judges (dld) |
| 92/06/30 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-32 Texas Children's Hospital v. Empire Blue Cross and Blue Shield, et al., S.D. Texas, C.A. No. 4:92- -- Notified involved judges and clerks (dld) |
| 92/07/01 | 31 | MOTION/BRIEF TO VACATE TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. Loma Linda University Medical Center, Inc. w/declaration of David D. Werner, Esq., exhibits A & B and cert. of svc |
| 92/07/14 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-33 Texas Children's Hospital v. Empire Blue Cross and Blue Shield, et al., S.D. Texas, C.A. No. 4:92-CV-1546 -- Notified involved judges and clerks (rh) |
| 92/07/15 | 32 | RESPONSE -- (to pldg. #31) Filed by Empire Blue Cross and Blue Shield -- w/cert. of svc. (rh) |
| 92/08/14 | 33 | HEARING ORDER -- setting opposition of pltfs. Loma Linda University Medical Center, Inc., et al., to transfer for Panel hearing in Colorado, Springs, Colorado, on September 25, 1992 -- Notified Involved clerks, judges and counsel (ds) |
| 92/09/11 | | CONDITIONAL TRANSFER ORDER -- Glover J. Johnson, et al. v. Associated Billing Services, et al., C.D. Cal., 2:92-CV-4603 -- Notified counsel and judges (leg) |

JPML FORM 1A

PS-10

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 902 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/09/23 | | WAIVERS OF ORAL ARGUMENT (For Panel Hearing on September 25, 1992 in Colorado Springs, Colorado -- All Waive (dld) |
| 92/09/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-34 Glover J. Johnson, et al. v. Associated Billing Services, et al., C.D. California, C.A. No. 2:92-CV-4603 -- Notified involved judges and clerks (nng) |
| 92/10/09 | | TRANSFER ORDER -- (B-31) Loma Linda University Medical Center, Inc., et al. v. William J. Simon, et al. v. Southern California Permanente Medical Group, et al., C.D. Calif., C.A. No. 92-274 -- Notified involved judges, clerks and counsel (bas) |

JPML Form 1

Revised: 8/78

DOCKET NO. 902 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Consolidated Welfare Fund "ERISA" Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Sept. 27, 1991 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Oct. 16, 1991 | T.O. | Unpublished | S.D. New York | ~~Charles S. Haight~~ Hon. ~~Louis J. Freeh, Jr.~~ 1/6/9~~ ~~Attached~~ ~~Batts~~Kesly 1/20/93 Milton Pollack  12/9/93 | |

MISC # M-21-60                Special Transferee Information

DATE CLOSED: _____

662-0170 Dorothy G.

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 902 -- In re Consolidated Welfare Fund "ERISA" Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Doyle Purvis, et al. v. Consolidated Welfare Fund, et al. | Ariz. McNamee | CV-91-1117-PHX-SMM | 10/16/91 | 91-7096 | | |
| A-2 | Holiday Carpet and Floor Covering Company, Inc., et al. v. Consolidated Welfare Fund, et al. | Cal.,C. Pfaelzer | 91-2275-MRP (Kx) | 10/16/91 | 91-7097 | | |
| A-3 | Marshall Mandell, et al. v. Empire Blue Cross/Blue Shield, et al | Cal.,C. Kenyon | 91-2900-DVK (JRx) | 10/16/91 | 91-7098 | | |
| A-4 | Columbus Cuneo Cabrini Medical Center v. Board of Trustess, et al. | Ill.,N. Holderman | 91-C-2422 | 10/16/91 | 91-7099 | | |
| A-5 | Charles E. Rogers v. Consolidated Local 867 Welfare Fund, et al. | La.,M. Polozola | 91-661 | 10/16/91 | 91-7100 | | |
| A-6 | The Consolidated Welfare Fund of Consolidated Local Union 867, et al. v. Omega Network Systems, Inc., et al. | N.J. Bissell | 91-CV-2799(JWB) | 10/16/91 | 91-7101 | | |
| A-7 | Consolidated Welfare Fund, et al. v. William S. Loeb | N.Y.,E. Platt | CV-91-0592(TCP) | 10/16/91 | 91-7102 | | |
| A-8 | Charles Gallo v. Consolidated Local 867 & Welfare Fund | N.Y.,E. Platt | CV-91-2569 | 10/16/91 | 91-7103 | | |

DOCKET NO. 902 -- In re Consolidated Welfare Fund "ERISA" Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-9 | Ed Schary v. Consolidated Union Welfare | N.Y.,E. Platt | CV-91-2570 | 10/16/91 | 91-7104 | | |
| A-10 | Seymour Mautner v. Consolidated Welfare Fund | N.Y.,E. Platt | CV-91-2571 | 10/16/91 | 91-7107 | | |
| A-11 | Southmark San Juan, Inc. d/b/a The Sands Hotel & Casino v. William Loeb, et al. | P.R. Perez-Giminez | 90-2364 | 10/16/91 | 91-7108 | | |
| A-12 | Gano, Donovan & Gano, Inc. v. Empire Blue Cross Blue Shield, et al. | Tex.,S. Harmon | H-91-1729 | 10/16/91 | 91-7109 | | |
| A-13 | Lynn Martin, Secretary of the United States Department of Labor v. Burton Goldstein, et al. | N.Y.,S. Haight Freeh | 91-CV-4031 (CSH) | ✓ | | | |
| A-14 | Empire Blue Cross and Blue Shield v. Burton Goldstein, et al. | N.Y.,S. Mukasey | 91-CV-4698 | | | | |
| A-15 | Consolidated Local Union 867, AFC-CIO, et al. v. Lopez, Edwards, Frank & Co. | N.Y.,S. Duffy | 91-CV-4758 (KTD) | | | | |
| B-16 | Lutheran Medical Center, et al. v. Consolidated Local 867 Welfare Fund, et al. | N.Y.,E. Platt | CV-91-3012 | 12/31/91 | | | Amended motion filed 8/19/91 |
| B-17 | William Loeb, et al. v. Thomas Gallagher, et al. 11/18/91 opposed 11/25/91 | Fla.,N. Stafford | 90-40228-WS | | | | Amended motion filed 8/19/91 vacated 2/4/92 |
| B-18 | Mid-State Abstract Company, et al. v. IPS Holding Corp., et al. 11/18/91 | N.J. Bissell | 91-CV-4426 | 12/4/91 | 92-353 | | |
| B-19 | Lafayette Airport Commission, et al. v. Diversified Health, et al. Concepts, Inc. 11/18/91 | La.,W Haik | 91-CV-2070 | 12/4/91 | 92-86 | | |

DOCKET NO. 902 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-20 | Gail Ackerman v. George M. Long, et al. v. National Benefit Association Consolidated Welfare Fund, et al. 11-19-91 opposed 12/5/91 | Fla.,S. Kehoe | 91-2302-CIV-KEHOE | | | | Vacated 2/4/92 |
| B-21 | Homer Miller v. Consolidated Local 867 Welfare Fund, et al. 11-19-91 | La.,M. Polozola | 91-931-B | 12/5/91 | 92-87 | | |
| B-22 | Lester Lejeune v. Consolidated Local 867 Welfare Fund, et al. 11-19-91 | La.,M. Polozola | 91-932-B-M2 | 12/5/91 | 92-352 | | |
| B-23 | Lutheran Medical Center, etc. v. Consolidated Local 867 Welfare Fund, et al. 12/13/91 | N.Y.,E. Platt | 91-CV-3012 | 12/31/91 | 92-809 | | |
| B-24 | Chaim Baruch Wechsler v. Consolidated Welfare Fund, Local 867 Corp. 12/13/91 | N.Y.,E. Platt | 91-CV-3168 | 12/31/91 | 92-810 | | |
| B-25 | Cathy L. Green v. National Association of Professionals and Executives, et al. 12/23/91 | Cal.,C. Kenyon | CV91-5807 KN (Sx) | 1/8/92 | 92-0424 | | |
| B-26 | Alicia Bell, et al. v. Consolidated Welfare Fund, et al. 12/23/91 | Fla.,S. Moreno | 91-CV-6946 | 1/8/92 | 92-433 | | |
| B-27 | Sara M. Adams v. Consolidated Welfare Fund, et al. 12/23/91 | Tex.,S. Hughes | 91-CV-3382 | 1/8/92 | 92-434 | | |
| B-28 | California Business Bureau, Inc. v. Sandra Balli, et al. v. Consolidated Welfare Fund, et al. (2/27/92) ansr'd 3/12/92 | Cal.,C. Kenyon | 92-45 | 4/2/92 | 92 Civ 2816 | | |
| B-29 | Bobby R. Waters v. Consolidated Welfare Fund 3/20/92 | M.D.Ala. Thompson | 92-T-91-S | 4/7/92 | 92 Civ 2817 | | |
| B-30 | Kostas Theodosopoulos v. Consolidated Local 867 Welfare Fund 4-9-92 | N.Y.,E. Spatt | 92-CV-986 | 4/27/92 | | | |

July 1992 - 24 TR/3XY7/ 27 28 ←→ 8

DOCKET NO. 902 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-31 | Loma Linda University Medical Center, Inc. v. William J. Simon, et al. v. Southern California Permanente Medical Group, et al. 6-1-92 opposed 6/12/92 | Cal.,C. Stotler | 92-CV-274 | 10-9-92 | 92-CV-274 | | |
| B-32 | Texas Children's Hospital v. Empire Blue Cross and Blue Shield, et al. 6-12-92 | Tex.,S. Black | 4:92-CV-1426 | ?/?/?? | | | |
| B-33 | Texas Children's Hospital v. Empire Blue Cross and Blue Shield, et al. 6/26/92 | Tex.,S. Hoyt | 4:92-CV-1546 | 7-14-92 | | | |
| B-34 | Glover J. Johnson, et al. v. Associated Billing Services, et al. 9-11-92 Sept. 1992 4 to /31/~~30~~ pending | Cal., C. Keller | 2:92-CV-4603 | 9-28-92 | | | |
| C-35 | Omega Network Systems, Inc. v. Blue Cross and Blue Shield of New York 3-26-93  2 tr'd /33 pending | N.J. Ackerman | 2:93-CV-430 | ?/?/?? | | | |