JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT 16 91

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 902

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE CONSOLIDATED WELFARE FUND "ERISA" LITIGATION*

*BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN, MILTON POLLACK, LOUIS H. POLLAK, HALBERT O. WOODWARD, ROBERT R. MERHIGE, JR.,[*] AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL*

### TRANSFER ORDER

This litigation presently consists of fourteen actions pending in the following federal districts: four actions in the Eastern District of New York; two actions each in the Southern District of New York and Central District of California; and one action each in the District of New Jersey, District of Arizona, District of Puerto Rico, Northern District of Illinois, Middle District of Louisiana and Southern District of Texas.[1] Before the Panel is a motion by the Consolidated Welfare Fund (Fund), the Consolidated Welfare Fund - Security Division and their trustees to centralize all actions in the Southern District of New York, pursuant to 28 U.S.C. §1407, for coordinated or consolidated pretrial proceedings. One defendant does not oppose the motion, while the other five responding defendants as well as the plaintiffs in five actions (including the Department of Labor (DOL)) oppose the motion. If the Panel deems transfer appropriate, two opponents agree that the New York court is the appropriate transferee court.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Southern District of New York will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions share questions of fact arising out of difficulties by the Fund in 1990 which led it to have problems paying claims. Centralization under Section 1407 is thus necessary in order to conserve the resources of the parties, their counsel and the judiciary, avoid duplication of discovery, and prevent inconsistent pretrial rulings.

---

[*] Judge Merhige took no part in the decision of this matter.

[1] The Panel has been informed that one action, *Empire Blue Cross and Blue Shield v. Burton Goldstein, el al.*, S.D. New York, C.A. No. 91-Civ.-4698 (CSH), was voluntarily dismissed without prejudice. The Panel has also been notified of two potentially related actions pending in the Northern District of Florida and Eastern District of New York, respectively. These actions and any other related actions will be treated as potential tag-along actions. *See* Rules 12 and 13, R.P.J.P.M.L., 120 F.R.D. 251, 258-59 (1988).

- 2 -

We are persuaded that the Southern District of New York is the appropriate transferee forum for this docket. We note that several defendants maintain offices or have their principal place of business in or near New York City and that thus witnesses and documents may be found there; and that Judge Charles S. Haight is presiding over the DOL action in that court in which an independent trustee has proposed a work out plan for the Fund.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Southern District of New York be, and the same hereby are, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Charles S. Haight for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

/s/ John F. Nangle
John F. Nangle
Chairman

## SCHEDULE A

## *MDL-902 -- In re Consolidated Welfare Fund "ERISA" Litigation*

### District of Arizona

<u>Doyle Purvis, et al. v. Consolidated Welfare Fund, et al.</u>, C.A. No. CV91-1117-PHX-SMM

### Central District of California

<u>Holiday Carpet and Floor Covering Company, Inc., et al. v. Consolidated Welfare Fund</u>  C.A. No. 91-2275-MRP(Kx)
<u>Marshall Mandell, et al. v. Empire Blue Cross/Blue Shield, et al.</u>, C.A. No. 91-2900-DVK(JRx)

### Northern District of Illinois

<u>Columbus Cuneo Cabrini Medical Center v. Board of Trustees, Local 867, Consolidated Welfare Fund, et al.</u>, C.A. No. 91-C-2422

### Middle District of Louisiana

<u>Charles E. Rogers v. Consolidated Local 867 Welfare Fund, et al.</u>, C.A. No. 91-661

### District of New Jersey

<u>The Consolidated Welfare Fund of Consolidated Local Union 867, et al. v. Omega Network Systems, Inc., et al.</u>, C.A. No. 91-CV-2799(JWB)

### Eastern District of New York

<u>Consolidated Welfare Fund, et al. v. William S. Loeb</u>, C.A. No. CV-91-0592(TCP)
<u>Charles Gallo v. Consolidated Local 867 Welfare Fund</u>, C.A. No. CV-91-2569
<u>Ed Schary v. Consolidated Union Fund</u>, C.A. No. CV-91-2570
<u>Seymour Mautner v. Consolidated Welfare Fund</u>, CV-91-2571

### District of Puerto Rico

<u>Southmark San Juan, Inc. d/b/a The Sands Hotel & Casino v. William Loeb, et al.</u>, C.A. No. 90-2364

**MDL-902 (Continued)**

<u>Southern District of Texas</u>

<u>Gano, Donovan & Gano, Inc. v. Empire Blue Cross Blue Shield, et al.</u>, C.A. No. H-91-1729

<u>Southern District of New York</u>

<u>Lynn Martin, Secretary of the United States Department of Labor v. Burton Goldstein, et al.</u>, C.A. No. 91-CV-4031
<u>Consolidated Local Union 867, AFL-CIO, et al. v. Lopez, Edwards, Frank & Co.</u>, C.A. No. 91 CV-4758

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

PATRICIA D. HOWARD
CLERK OF THE PANEL

JAN 16 92

DOCKET NO. 902

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CONSOLIDATED WELFARE FUND "ERISA" LITIGATION

ORDER REASSIGNING LITIGATION

The actions in the above litigation have been reassigned to the Honorable Louis J. Freeh in accordance with the Local Rules for the United States District Court for the Southern District of New York.

IT IS THEREFORE ORDERED that the above-captioned litigation be, and the same hereby is, reassigned to the Honorable Louis J. Freeh for coordinated or consolidated pretrial proceedings pursuant to 28 U.S. C. §1407.

FOR THE PANEL:

John F. Nangle
Chairman

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT - 9 1992

PATRICIA D. HOWARD
CLERK OF THE PANEL

**DOCKET NO. 902**

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE CONSOLIDATED WELFARE FUND "ERISA" LITIGATION*

Loma Linda University Medical Center, Inc., et al. v. William J. Simon, et al. v. Southern California Permanente Medical Group, et al., C.D. California, C.A. No. 92-274

*BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN, MILTON POLLACK,[*] LOUIS H. POLLAK,[*] ROBERT R. MERHIGE, JR., AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL*

## TRANSFER ORDER

Presently before the Panel is a motion, pursuant to Rule 12, R.P.J.P.M.L., 120 F.R.D. 251, 258 (1988), by plaintiffs in the above-captioned action (*Loma Linda*) to vacate the Panel's order conditionally transferring *Loma Linda* to the Southern District of New York for inclusion in the centralized pretrial proceedings occurring there in this docket. A third-party defendant in *Loma Linda* favors inclusion of the entire *Loma Linda* action in centralized pretrial proceedings or, alternatively, inclusion of at least the third-party claims in MDL-902.

On the basis of the papers filed,[1] the Panel finds that *Loma Linda* involves common questions of fact with the actions in this litigation previously transferred to the Southern District of New York, and that transfer of *Loma Linda* to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of most parties and witnesses and promote the just and efficient conduct of this litigation. The Panel further finds that transfer of *Loma Linda* is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. *See In re Consolidated Welfare Fund "Erisa" Litigation*, MDL-902 (J.P.M.L. October 16, 1991) (unpublished order). We note that the motion to remand the original action to state court can be presented to and decided by the transferee judge. *See In re Air Crash Disaster at Florida Everglades on December 29, 1972*, 368 F.Supp. 812, 813 (J.P.M.L. 1973).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, *Loma Linda University Medical Center, Inc., et al. v. William J. Simon, et al. v. Southern California*

---

[*] Judges Milton Pollack and Louis H. Pollak did not participate in the decision of this matter.

[1] The parties waived oral argument and accordingly the question of transfer of this action was submitted on the briefs. Rule 17, R.P.J.P.M.L., 120 F.R.D. 251, 262 (1988).

- 2 -

*Permanente Medical Group, et al.*, C.D. California, C.A. No. 92-274, be, and the same hereby is, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Louis J. Freeh for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

                                        FOR THE PANEL:

                                        John F. Nangle
                                        Chairman

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

SEP 30 93

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 902

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CONSOLIDATED WELFARE FUND "ERISA" LITIGATION

ORDER REASSIGNING LITIGATION

The actions in the above litigation have been reassigned to the Honorable Michael B. Mukasey in accordance with the Local Rules for the United States District Court for the Southern District of New York.

IT IS THEREFORE ORDERED that the above-captioned litigation be, and the same hereby is, reassigned to the Honorable Michael B. Mukasey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

FOR THE PANEL:

_____
John F. Nangle
Chairman



DOCKET NO. 902

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CONSOLIDATED WELFARE FUND "ERISA" LITIGATION

ORDER REASSIGNING LITIGATION

The actions in the above litigation have been reassigned to the Honorable Milton Pollack in accordance with the Local Rules for the United States District Court for the Southern District of New York.

IT IS THEREFORE ORDERED that the above-captioned litigation be, and the same hereby is, reassigned to the Honorable Milton Pollack for coordinated or consolidated pretrial proceedings pursuant to 28 U.S. C. §1407.

FOR THE PANEL:

John F. Nangle
Chairman